UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

RAYNALDO MARKEITH SAMPY, JR.      :

VERSUS                            :   CIVIL ACTION NO.: 6:19-CV-00580

JONATHAN PRICE RABB, ET AL        :   JUDGE MICHAEL J. JUNEAU;
                                      MAG. JUDGE WHITEHURST

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## UNOPPOSED MOTION TO STAY PROCEEDINGS
## PENDING OUTCOME OF CRIMINAL TRIAL

NOW INTO COURT, through undersigned counsel, come defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER JONATHAN PRICE RABB, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER BRANDON LAMAR DUGAS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER IAN JAMES JOURNET, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER SEGUS RAMON JOLIVETTE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER MICHAEL NICHOLAS DARBONNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER ASHER REAUX, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH

CONSOLIDATED GOVERNMENT; and OFFICER JORDAN KAMAL COLLA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, who move the Court for an Order to Stay the current proceedings, including any and all discovery, for the following reasons, to-wit:

1.

This lawsuit arises out of an incident occurring on May 5, 2018, wherein plaintiff complains that defendants violated his civil rights pursuant to 42 U.S.C. Sections 1983 and 1988 and other statutory and constitutional provisions, including violations under the First, Fourth, and Fourteenth Amendments, as well as the U. S. Constitution and Louisiana Constitution and other laws of the United States and State of Louisiana [Court Doc. #1].

2.

In connection with Raynaldo Sampy's arrest on May 5, 2018, Sampy was charged with multiple crimes, including Operating While Intoxicated, First Offense, and Battery of a Police Officer.  "*State of Louisiana vs. Raynaldo Sampy,*" Docket Numbers DT201800238 and SC201800045, Lafayette City Court, Lafayette, Louisiana.

3.

Raynaldo Sampy's criminal charges remain pending, with the next court date being June 18, 2019, in Lafayette, Louisiana, in the matter of "*State of Louisiana vs. Raynaldo Sampy,*" Docket Numbers DT201800238 and SC201800045, Lafayette City Court, Lafayette, Louisiana.

4.

Movers herein assert that they are prejudiced in their defense of this civil suit pending resolution of the criminal charges against plaintiff, Raynaldo Markeith Sampy, Jr., and respectfully request a stay of these proceedings pursuant to the United States Supreme Court decision in *Wallace v. Kato*, 549 U.S. 384, 127 S.Ct. 1091, 166 L.Ed.2d 973 (2007).

5.

Movers further aver that it is in the interest of judicial economy to stay these proceedings, as a conviction obtained against Raynaldo Markeith Sampy on the criminal charges pending against him stemming from the incident sued upon may bar many or all of the Constitutional claims he asserts under the reasoning of *Heck v. Humprey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), *Hudson v. Hughes*, 98 F.3d 868 (5th Cir. 1996), and their progeny.

6.

Counsel for plaintiff, Raynaldo Markeith Sampy, Jr., has been contacted to determine whether or not he has an objection to the filing of this Motion to Stay Proceedings Pending Outcome of Criminal Trial, and he does not object to the granting of this motion.

WHEREFORE, defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER JONATHAN PRICE RABB, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER BRANDON LAMAR DUGAS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER IAN JAMES JOURNET, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER

FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER SEGUS RAMON JOLIVETTE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER MICHAEL NICHOLAS DARBONNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER ASHER REAUX, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; and OFFICER JORDAN KAMAL COLLA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, pray that this Honorable Court grant their request to stay these proceedings in their entirety, including any and all discovery, pending resolution of the state criminal proceedings entitled, "*State of Louisiana vs. Raynaldo Sampy,*" Docket Numbers DT201800238 and SC201800045, Lafayette City Court, Lafayette, Louisiana.

AND FOR ALL JUST AND EQUITABLE RELIEF, ETC.

BORNE, WILKES & RABALAIS, L.L.C.

BY:    s/Joy C. Rabalais
JOY C. RABALAIS (26476), T.A.
H. EDWARD BAROUSSE, III (28310)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana  70502-4305
Telephone:  (337)  232-1604 Ext. 232
Facsimile:  (337) 232-1837
E-mail:  rabalais@bornewilkes.com

ATTORNEYS FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER JONATHAN PRICE RABB, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER BRANDON LAMAR DUGAS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER IAN JAMES JOURNET, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER SEGUS RAMON JOLIVETTE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER MICHAEL NICHOLAS DARBONNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER ASHER REAUX, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; AND OFFICER JORDAN KAMAL COLLA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT