UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

RAYNALDO MARKEITH SAMPY, JR.      :

VERSUS                             :       CIVIL ACTION NO.:  6:19-CV-00580

JONATHAN PRICE RABB, ET AL      :       JUDGE MICHAEL J. JUNEAU;
                                                 MAG. JUDGE WHITEHURST

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**ORDER**

Considering the Unopposed Motion to Stay Proceedings Pending Criminal Resolution

filed on behalf of defendants, LAFAYETTE CITY-PARISH CONSOLIDATED

GOVERNMENT; OFFICER JONATHAN PRICE RABB, INDIVIDUALLY AND IN HIS

OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH

CONSOLIDATED GOVERNMENT; OFFICER BRANDON LAMAR DUGAS,

INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR

LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER IAN JAMES

JOURNET, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER

FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER SEGUS

RAMON JOLIVETTE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE

OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER

MICHAEL NICHOLAS DARBONNE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY

AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED

GOVERNMENT; OFFICER ASHER REAUX, INDIVIDUALLY AND IN HIS OFFICIAL

CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH CONSOLIDATED

GOVERNMENT; and OFFICER JORDAN KAMAL COLLA, INDIVIDUALLY AND IN HIS

OFFICIAL CAPACITY AS A POLICE OFFICER FOR LAFAYETTE CITY-PARISH

CONSOLIDATED GOVERNMENT:

*IT IS HEREBY ORDERED* that the current proceedings are stayed in their entirety,

including any and all discovery, pending resolution of the proceedings entitled, "*State of*

*Louisiana vs. Raynaldo Sampy,*" Docket Numbers DT201800238 and SC201800045, Lafayette

City Court, Lafayette, Louisiana.

*THUS SIGNED,* this _____ day of _____, 2019, at Lafayette,

Louisiana.

_____
JUDGE